# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

WILLIS BAILEY, JR.,

    Plaintiff,

v.                                                Case No. 3:21-cv-488-MMH-JBT

DOCTOR EDWARD, et al.,

    Defendants.
_____/

## O R D E R

**THIS CAUSE** is before the Court on the Report and Recommendation (Dkt. No. 7; Report), entered by the Honorable Joel B. Toomey, United States Magistrate Judge, on June 23, 2021. In the Report, Judge Toomey recommends that this case be dismissed without prejudice. See Report at 2.

Subsequent to the entry of the Report, Plaintiff filed several documents which are entirely incomprehensible. See Dkt. Nos. 8, 9, and 10. If Plaintiff intended for these filings to be objections to the Report, they are due to be overruled.

The Court "may accept, reject, or modify, in whole or in part, the finding or recommendations by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d

-1-

776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at *1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge. Accordingly, it is hereby

**ORDERED:**

1. Plaintiff's Objections to the Report (Dkt. Nos. 8, 9, and 10) are **OVERRULED**.

2. The Report and Recommendation (Dkt. No. 7) is **ADOPTED** as the opinion of the Court.

3. This case is **DISMISSED without prejudice**.

4. The Clerk of Court is directed to terminate all pending motions and deadlines as moot and close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 12th day of July 2021.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record
Pro Se Party